United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 23, 2025
Lyle W. Cayce
Clerk

No. 24-40259

Jeffrey Moats,

            *Plaintiff—Appellant*,

*versus*

National Credit Union Administration Board, A Federal Administrative Agency; Todd M. Harper, *In their official capacity as Members of the National Credit Union Administration Board*; Kyle S. Hauptman, *In their official capacity as Members of the National Credit Union Administration Board*; Rodney E. Hood, *In their official capacity as Members of the National Credit Union Administration Board*; Jennifer Whang, *In her official capacity as an Administrative Law Judge and Inferior Officer of the United States*,

            *Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:23-CV-147

UNPUBLISHED ORDER

Before Wiener, Douglas, and Ramirez, *Circuit Judges*.
Per Curiam:

  IT IS ORDERED that Appellant's unopposed motion to correct the opinion is GRANTED. The word "NCUA" on page 2, Section I, in the

sentence reading "As a result, he sued the NCUA in Texas state court to obtain those benefits . . ." shall be amended to read "Credit Union".