# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 23, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40259   Moats v. Natl Crdt Un Admin Bd
                  USDC No. 3:23-CV-147

Enclosed is an order entered in this case.


                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Roeshawn Johnson, Deputy Clerk
                           504-310-7998

Mr. Daniel J. Aguilar
Mr. Aditya Dynar
Mr. John T. Lewis
Ms. Molly Nixon
Mr. Nathan Ochsner
Mr. Russell Ryan