# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 20, 2025
Lyle W. Cayce
Clerk

No. 24-40259

Jeffrey Moats,

            *Plaintiff—Appellant*,

*versus*

National Credit Union Administration Board, A Federal Administrative Agency; Todd M. Harper, *In their official capacity as Members of the National Credit Union Administration Board*; Kyle S. Hauptman, *In their official capacity as Members of the National Credit Union Administration Board*; Rodney E. Hood, *In their official capacity as Members of the National Credit Union Administration Board*; Jennifer Whang, *In her official capacity as an Administrative Law Judge and Inferior Officer of the United States*,

            *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:23-CV-147

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.


LYLE W. CAYCE, CLERK
United States Court of Appeals

No. 24-40259

for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT