# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| JEFFREY MOATS, <br><br>　　　Plaintiff-Appellant, <br><br>　　　v. <br><br>NATIONAL CREDIT UNION ADMINISTRATION BOARD, TODD M. HARPER, KYLE S. HAUPTMAN, RODNEY E. HOOD, and JENNIFER WHANG, <br><br>　　　Defendants-Appellees. | No. 24-40259 |

**UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR FILING A RESPONSE TO THE REHEARING PETITION**

On October 20, 2025, the Court directed defendants-appellees to file a response to plaintiff-appellant's rehearing petition by October 30. Defendants-appellees, represented by the Department of Justice, move for an extension of that deadline due to the lapse in appropriations for the Department. Counsel for plaintiff-appellant does not oppose this request.[1]

**1.** At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and

---

[1] A certificate of interested persons is not required, as defendants-appellees are a federal agency and government officials sued in their official capacity. Fifth Cir. R. 27.4, 28.2.1.

appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

**2.** Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

**3.** Undersigned counsel for the Department of Justice therefore requests an extension of deadline for responding to the rehearing petition until Congress has restored appropriations to the Department.

**4.** The Government respectfully requests that, when appropriations are restored, the response deadline be extended for the number of days commensurate with the ongoing lapse in appropriations, plus an additional 14 days. Thus, for example, if the lapse persists until October 27—7 days after the Court's order directing a response—then the deadline for filing a response would be extended by $7 + 14 = 21$ days. The Government will need this additional time following the end of the lapse to restart regular government operations and finalize a response to the rehearing petition.

**5.** Plaintiff-appellant's counsel does not oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, defendants-appellees hereby move for an

extension in this case, as described above, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

 */s/ Daniel Aguilar*
Daniel Aguilar
(202) 514-5432
  Attorney, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., NW
  Washington, DC 20530
  *Counsel for Defendants-Appellees*

OCTOBER 2025

## CERTIFICATE OF SERVICE

I certify that on October 21, 2025, I electronically filed the foregoing with the Clerk of Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Daniel Aguilar*
Daniel Aguilar

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d).  This motion contains 328 words.

*/s/ Daniel Aguilar*
Daniel Aguilar